UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS LAMONE BENJAMIN,
    Plaintiff,

vs.                                            Case No.: 3:23cv865/TKW/ZCB

WAYNE DALTON SALES CENTER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff filed this *pro se* case on January 18, 2023. On February 1, 2023, Plaintiff moved for summary judgment. (Doc. 8). This litigation is in its infancy. Service has not occurred. No answer has been filed. Discovery has not started. Thus, Plaintiff's motion for summary judgment is premature. *See, e.g.*, *Shockey v. Allen*, No. 6:19-cv-87, 2021 WL 1680211, at *1 (S.D. Ga. Apr. 5, 2021) (denying motion for summary judgment as premature where it was filed before service and discovery); *Ferguson v. DeStefano*, No. 10-80285, 2010 U.S. Dist. LEXIS 122969, at *4 (S.D. Fla. Sept. 2, 2010) (holding a motion for summary judgment was premature when it was filed before the defendant had an opportunity to complete discovery). If this case reaches the summary judgment stage, the Court will provide Plaintiff with a deadline for filing a motion for summary judgment.

Accordingly, the undersigned respectfully **RECOMMENDS** that Plaintiff's Motion for Summary Judgment be **DENIED without prejudice** as premature.

1

At Pensacola, Florida, this the 13th day of February 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**