UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAVIS LAMONE BENJAMIN,
    Plaintiff,

vs.                                      Case No.: 3:23cv865/TKW/ZCB

WAYNE DALTON SALES CENTER,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 12). Typically, parties have 14 days from service of the R&R to file objections. However, based on the Court's review of the R&R and the case file, there is nothing that Plaintiff could possibly say in an objection that would persuade the Court that he is entitled to summary judgment at this point in the case because the complaint has not even been served on the defendant yet. Under these circumstances, deferring action on the R&R until the period for filing objections expires would serve no purpose except to delay this case.

Accordingly, it is **ORDERED**:

1.     The Court dispenses with the timeframe for filing objections.

2.     The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2. Plaintiff's motion for summary judgment (Doc. 8) is **DENIED without prejudice** as premature.

3. The case is returned to the magistrate judge for further proceedings.

**DONE and ORDERED** this 15th day of February, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**